Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861
 Chapter 7 Trustee

The Honorable:        TIMOTHY A. BARNES
Chapter 7

Hearing Date:   03/05/2014
Hearing Time:   10:30 a.m.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | SANTILLO, DENAE L. | § | Case No. 13-12831 |
|---|---|---|---|
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira
Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the
trustee's professionals have filed final fee applications, which are summarized in the attached
Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:30 a.m. on 03/05/2014 in Courtroom 613, United States Courthouse,
219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order
on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further
order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 02/11/2014 _____        By:   Ira Bodenstein _____
                                          Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

| Ira Bodenstein | The Honorable: | TIMOTHY A. BARNES |
|---|---|---|
| Shaw Fishman | Chapter   7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL  60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: SANTILLO, DENAE L.                          §    Case No. 13-12831
                                                                        §
                                                                        §
Debtor(s)                                                      §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $          5,750.00

*and approved disbursements of*                          $            60.00

*leaving a balance on hand of*  *1*                        $          5,690.00

**Balance on hand:**                                    $          5,690.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                                  $    5,690.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,325.00 | 0.00 | 1,325.00 |

Total to be paid for chapter 7 administration expenses:    $    1,325.00
Remaining balance:                                                            $    4,365.00

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00

Remaining balance:    $        4,365.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $            0.00

Remaining balance:    $        4,365.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,199.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee CITIBANK | 23,801.97 | 0.00 | 3,819.70 |
| 2 | Asset Acceptance LLC assignee CITIBANK | 1,587.63 | 0.00 | 254.78 |
| 3 | Credit Union 1 | 1,155.31 | 0.00 | 185.40 |
| 4 | Central Professional Group | 352.90 | 0.00 | 56.63 |
| 5 | Joliet Doctors Clinic | 302.14 | 0.00 | 48.49 |

Total to be paid for timely general unsecured claims:    $        4,365.00

Remaining balance:    $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:      $          0.00

Remaining balance:      $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00

Remaining balance:      $          0.00

Prepared By:  /s/Ira Bodenstein

Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:
Denae L. Santillo
Debtor

Case No. 13-12831-TAB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: mgonzalez Page 1 of 2 Date Rcvd: Feb 12, 2014
Form ID: pdf006 Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2014.

db #+Denae L. Santillo, 2221 W. Cornelia, #1W, Chicago, IL 60618-6005
20250049 Alexian Brothers Medical Center, c/o Computer Credit, Inc., 640 West Fourth St., P.O. Box 5238, Winston Salem, NC 27113-5238
20250050 Athletic & Theraputic Inst., 4947 Paysphere Circle, Chicago, IL 60674-4947
20428544 +++Atlas Acquisitions LLC, attn: Avi Schild, 294 Union St., Hackensack, NJ 07601-4303
20250051 +BMG Music Service, c/o Trident Asset Management, 5755 Northpoint Parkway, Alpharetta, GA 30022-1142
20992032 +Central Professional Group, c/o Collection Professionals Inc., P.O. Box 416, Lasalle, IL 61301-0416
20250054 +Collection Professional, P.O. Box 416, La Salle, IL 61301-0416
20250056 +ComEd Residential, c/o CBE Group, 131 Tower Park Drive, Waterloo, IA 50701-9589
20250058 ++FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253
(address filed with court: Fifth Third Bank, 38 Fountain Square Plaza, Cincinnati, OH 45202)
20250059 +Illinois Collection Services, 8231 185th Street, Suite 100, Tinley Park, IL 60487-9356
20992033 +Joliet Doctors Clinic, c/o Collection Professionals Inc., P.O. Box 416, Lasalle, IL 61301-0416
20250062 LVNV Funding, LLC, P.O. Box 74021, Houston, TX 77274
20250063 +MBB, 1460 Renaissance Drive, Park Ridge, IL 60068-1349
20250064 Myron I. Wolf, D.P.B, 800 Biesterfield Road, Suite 625, Elk Grove Village, IL 60007-3362
20250065 +NorthShore Univ. Healthsystem, Hospital Billing, 23056 Network Place, Chicago, IL 60673-1230
20250068 +State Collection Services, 2509 S. Stoughton Road, Madison, WI 53716-3314
20250072 +US Cellular, c/o Enhance CVR CO, 8014 Bayberry Road, Jacksonville, FL 32256-7412
20250073 +USAA SB, 10750 McDermott, San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

20770241 +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 12 2014 21:20:27 Asset Acceptance LLC assignee CITIBANK, PO Box 2036, Warren, MI 48090-2036
20250052 +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 12 2014 21:20:27 Citibank, c/o Asset Acceptance, LLC, P.O. Box 1630, Warren, MI 48090-1630
20880250 +E-mail/Text: group_legal@creditunion1.org Feb 12 2014 21:21:45 Credit Union 1, 450 E. 22nd Street, Suite 250, Lombard, IL 60148-6176
20250057 +E-mail/Text: group_legal@creditunion1.org Feb 12 2014 21:21:45 Credit Union 1, 200 E. Champaign Avenue, Rantoul, IL 61866-2940
20250067 +E-mail/Text: Bankruptcy@icsystem.com Feb 12 2014 21:20:40 NU Way Tinley Park, c/o IC System, P.O. Box 64378, Saint Paul, MN 55164-0378
20250069 +E-mail/Text: Bankruptcy@icsystem.com Feb 12 2014 21:20:40 Tinley Park Disposal, c/o IC System, P.O. Box 64378, Saint Paul, MN 55164-0378
20250074 +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2014 21:22:33 Washington Mutual, c/o LVNV Funding, P.O. Box 10584, Greenville, SC 29603-0584

TOTAL: 7

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

20250053* +Citibank, c/o Asset Acceptance, LLC, P.O. Box 1630, Warren, MI 48090-1630
20250055* +Collection Professional, P.O. Box 416, La Salle, IL 61301-0416
20250060* +Illinois Collection Services, 8231 185th Street, Suite 100, Tinley Park, IL 60487-9356
20250061* +Illinois Collection Services, 8231 185th Street, Suite 100, Tinley Park, IL 60487-9356
20250066* +NorthShore Univ. Healthsystem, Hospital Billing, 23056 Network Place, Chicago, IL 60673-1230
20250070* +Tinley Park Disposal, c/o IC System, P.O. Box 64378, Saint Paul, MN 55164-0378
20250071* +Tinley Park Disposal, c/o IC System, P.O. Box 64378, Saint Paul, MN 55164-0378

TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-1        User: mgonzalez         Page 2 of 2           Date Rcvd: Feb 12, 2014
                           Form ID: pdf006          Total Noticed: 25
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2014                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2014 at the address(es) listed below:
          Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira  Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
          Lester A Ottenheimer, III    on behalf of Debtor Denae L. Santillo lottenheimer@olawgroup.com,
           nfishkin@olawgroup.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                            TOTAL: 4
```