# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: SANTILLO, DENAE L.  §  Case No. 13-12831
§
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $26,964.00                    Assets Exempt: $6,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,365.00      Claims Discharged
                                                Without Payment: $46,619.17

Total Expenses of Administration: $1,385.00

3) Total gross receipts of $ 5,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,750.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,385.00 | 1,385.00 | 1,385.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 50,350.22 | 27,199.95 | 27,199.95 | 4,365.00 |
| **TOTAL DISBURSEMENTS** | $50,350.22 | $28,584.95 | $28,584.95 | $5,750.00 |

    4)  This case was originally filed under Chapter 7 on March 28, 2013. The case was pending for 15 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2014     By: /s/Ira Bodenstein
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Hyundai Tuscon (35,000 miles) | 1129-000 | 5,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,325.00 | 1,325.00 | 1,325.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,385.00 | $1,385.00 | $1,385.00 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee CITIBANK | 7100-000 | 23,362.00 | 23,801.97 | 23,801.97 | 3,819.70 |
| 2 | Asset Acceptance LLC assignee CITIBANK | 7100-000 | 1,558.00 | 1,587.63 | 1,587.63 | 254.78 |
| 3 | Credit Union 1 | 7100-000 | 1,076.00 | 1,155.31 | 1,155.31 | 185.40 |
| 4 | Central Professional Group | 7100-000 | 305.00 | 352.90 | 352.90 | 56.63 |
| 5 | Joliet Doctors Clinic | 7100-000 | 265.00 | 302.14 | 302.14 | 48.49 |
| NOTFILED | NU Way Tinley Park c/o IC System | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Services | 7100-000 | 804.00 | N/A | N/A | 0.00 |
| NOTFILED | NorthShore Univ. Healthsystem Hospital | 7100-000 | 439.73 | N/A | N/A | 0.00 |
| NOTFILED | NorthShore Univ. Healthsystem Hospital | 7100-000 | 158.03 | N/A | N/A | 0.00 |
| NOTFILED | Tinley Park Disposal c/o IC System | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Tinley Park Disposal c/o IC System | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | Tinley Park Disposal c/o IC System | 7100-000 | 90.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Washington Mutual c/o LVNV Funding | 7100-000 | 15,077.00 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | USAA SB | 7100-000 | 1,022.00 | N/A | N/A | 0.00 |
| NOTFILED | Myron I. Wolf, D.P.B | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | US Cellular c/o Enhance CVR CO | 7100-000 | 478.00 | N/A | N/A | 0.00 |
| NOTFILED | MBB | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Center c/o Computer Credit, | 7100-000 | 780.50 | N/A | N/A | 0.00 |
| NOTFILED | Athletic & Theraputic Inst. | 7100-000 | 1,155.96 | N/A | N/A | 0.00 |
| NOTFILED | BMG Music Service c/o Trident Asset Management | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Services | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Services | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 485.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Services | 7100-000 | 707.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Residential c/o CBE Group | 7100-000 | 1,801.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$50,350.22** | **$27,199.95** | **$27,199.95** | **$4,365.00** |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-12831  
**Case Name:** SANTILLO, DENAE L.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/28/13 (f)  
**§341(a) Meeting Date:** 05/23/13

**Period Ending:** 06/19/14

**Claims Bar Date:** 10/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtor has no interest, legal, equitab, in any r | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Debtor's person | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at Chase | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account at Chase | 44.00 | 0.00 | | 0.00 | FA |
| 5 | Savings at Chase | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Savings account at Chase | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 1 television, 1 DVD player, 1 couch, 1 bed, 1 dr | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous pictures | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 10 | 1 watch, miscellaneous costume jewerly | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Back maintenance (72 x $350) | 25,200.00 | 25,200.00 | | 0.00 | FA |
| 12 | Maintenance ($350 monthly) | 350.00 | 0.00 | | 0.00 | FA |
| 13 | 2011 Hyundai Tuscon (35,000 miles) | 12,000.00 | 7,214.00 | | 5,750.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$38,964.00** | **$32,414.00** | | **$5,750.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR filed 02/11/2014.  
TFR approved 03/05/2014.  
Distribution checks sent 03/06/2014.  
Prepare TDR for filing.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2014    **Current Projected Date Of Final Report (TFR):**    February 11, 2014  (Actual)

Printed: 06/19/2014 04:26 PM    V.13.15

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-12831  
**Case Name:** SANTILLO, DENAE L.  

**Taxpayer ID #:** **-***7742  
**Period Ending:** 06/19/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/13 | {13} | Guy Santillo | Sale of equity to debtor in 2011 Hyundai Tuscan per court order entered 7/24/2013 | 1129-000 | 5,750.00 | | 5,750.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,740.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,730.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,720.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,710.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,700.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,690.00 |
| 03/06/14 | 101 | Ira Bodenstein | Trustee Compensation TFR approved 3/5/2104 | 2100-000 | | 1,325.00 | 4,365.00 |
| 03/06/14 | 102 | Asset Acceptance LLC assignee CITIBANK | Ref # XXXX6418 Final Distribution | 7100-000 | | 3,819.70 | 545.30 |
| 03/06/14 | 103 | Asset Acceptance LLC assignee CITIBANK | Ref # XXXX0112 Final distribution | 7100-000 | | 254.78 | 290.52 |
| 03/06/14 | 104 | Credit Union 1 | Ref # XXXXXXXX1003 Final disitribution | 7100-000 | | 185.40 | 105.12 |
| 03/06/14 | 105 | Central Professional Group | Ref # X8367 Final distribution | 7100-000 | | 56.63 | 48.49 |
| 03/06/14 | 106 | Joliet Doctors Clinic | Ref # XX6853 Final distribution | 7100-000 | | 48.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,750.00 | 5,750.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,750.00 | 5,750.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,750.00** | **$5,750.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5066** | 5,750.00 | 5,750.00 | 0.00 |
| | $5,750.00 | $5,750.00 | $0.00 |

{} Asset reference(s)